UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Kejiu Pu

                      Plaintiff,

v.                                                 Case No.: 1:10–cv–03627
                                                      Honorable Joan H. Lefkow

Columbia College Chicago

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 27, 2013:

       ce(mad, )MINUTE entry before the Honorable Joan H. Lefkow:Pursuant to Stipulation [55], case dismissed with prejudice, with each side to bear its own costs and attorneys' fees. Status hearing of 12/10/2013 is stricken. Civil case terminated. Mailed noti

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.